UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Jorge Ignacio Luna Zuniga, and Milton Danilo Sanchez Guachun, *on behalf of themselves and others similarly situated in the proposed FLSA Collective Action,*<br><br>                      *Plaintiffs,*<br><br>    -against -<br><br><br><br>William James Bushell Corp., Daniel Yomtobian Corp., Nicholas Benhammou, and James Bushell (a/k/a William Bushell),<br><br>                      *Defendants*. | No. 1:23-cv-01923-GHW<br><br>**RULE 7.1 CORPORATE DISCLOSURE STATEMENT** |

      Pursuant to Federal Rule of Civil Procedure 7.1, Defendant William James Bushell Corp., by its undersigned counsel YVLS Esq. LLC, certifies it has no parent corporation, and that there is no publicly held corporation owning 10% or more of its stock.

Dated: New York, New York
       June 19, 2023

                                        Respectfully submitted,

                                        **YIFAT V. SCHNUR ESQ. LLC**

                                        By:    /s/ Yifat V. Schnur
                                        Yifat V. Schnur
                                        22 Prescott Street
                                        Edison, NJ 08817
                                        Telephone: (347) 268-5347
                                        E-mail : Yifatschnur@gmail.com

                                        *Attorneys for William James Bushell Corp.*

**TO**:    (By ECF Filing)
           All Counsel of Record