```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------- X
                                                                 :
JORGE IGNACIO LUNA ZUNIGA, et al.,                               :
                                                                 :
                                        Plaintiffs,              :       1:23-cv-1923-GHW
                                                                 :
                     -v -                                        :       ORDER
                                                                 :
WILLIAM JAMES BUSHELL CORP., et al.,                             :
                                                                 :
                                        Defendants.              :
                                                                 :
---------------------------------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/11/2023

GREGORY H. WOODS, United States District Judge:

On October 10, 2023, the mediator submitted a final report informing the Court that the court-ordered mediation in this case was not held as one or both parties failed to attend, refused to attend, or refused to participate in the mediation. Dkt. No. 33. The initial pretrial conference scheduled for November 14, 2023 is rescheduled for October 27, 2023 at 3:00 p.m. The joint status letter and proposed case management plan described in the Court's March 8, 2023 order are due no later than October 20, 2023.

SO ORDERED.

Dated: October 11, 2023
       New York, New York

_____
GREGORY H. WOODS
United States District Judge