```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/23/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
JORGE IGNACIO LUNA ZUNIGA, *et al.*,  :
                                      :
                         Plaintiffs,  :
                                      :         1:23-cv-1923-GHW
            -against-                 :
                                      :              ORDER
WILLIAM JAMES BUSHELL CORP., *et al.*, :
                                      :
                         Defendants.  :
-----------------------------------------------------------------:
                                      :
                                      X

GREGORY H. WOODS, United States District Judge:

In the Court's order dated October 11, 2023, Dkt. No. 34, the parties were directed to submit a joint status letter and proposed case management plan to the Court no later than October 20, 2023. The Court has not received the joint letter or proposed case management plan. The parties are directed to comply with the Court's October 11, 2023 order forthwith and in any event no later than October 24, 2023 at 5:00 p.m.

SO ORDERED.

Dated: October 23, 2023
New York, New York
                                    _____
                                         GREGORY H. WOODS
                                       United States District Judge