UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

JORGE IGNACIO LUNA ZUNIGA, *et al.*,     :
                                                              :
                              Plaintiffs,      :
                                                              :
                -against-                                :
                                                              :
WILLIAM JAMES BUSHELL CORP., *et al.*,   :
                                                              :
                              Defendants.   :
                                                              :
                                                              :
------------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/8/2024
```

1:23-cv-01923-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

In the Court's order dated November 8, 2023, Dkt. No. 38, the parties were directed to submit a joint letter to the Court no later than March 7, 2024 in advance of the post-discovery status conference scheduled for March 14, 2024.  The Court has not received the joint letter.  The parties are directed to comply with the Court's November 8, 2023 order forthwith and in any event no later than March 11, 2024.

SO ORDERED.

Dated:  March 8, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge