```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
                                                           :

JORGE IGNACIO LUNA ZUNIGA, *et al.*,   :

                                  Plaintiffs,   :         1:23-cv-01923-GHW

               -against-   :         <u>MEDIATION REFERRAL</u>
                                                          :               <u>ORDER</u>

WILLIAM JAMES BUSHELL CORP., *et al.*,   :

                                  Defendants.   :
-------------------------------------------------------------- X

GREGORY H. WOODS, District Judge:

      It is hereby ORDERED that this case is referred for mediation to the Court-annexed Mediation program.  The parties are notified that Local Rule 83.9 shall govern the mediation and are directed to participate in the mediation in good faith.  The mediation will have no effect upon any scheduling order issued by this Court without leave of this Court.

      SO ORDERED.

Dated:  March 14, 2024
New York, New York

                                                        GREGORY H. WOODS
                                                 United States District Judge