# LEVIN-EPSTEIN & ASSOCIATES, P.C.

60 East 42nd Street • Suite 4700 • New York, New York 10165
T: 212.792.0048 • E: Jason@levinepstein.com

## MEMORANDUM ENDORSED    July 16, 2024

***VIA ECF***
The Hon. Gregory H. Woods, U.S.D.J.
U.S. District Court, Southern District of New York
500 Pearl St.
New York, NY 10007-131

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  7/16/2024
```

Re:    *Luna Zuniga et al v. William James Bushell Corp. et al*
       **Case No.: 1:23-cv-01923-GHW**

Dear Honorable Judge Woods:

This law firm represents Plaintiffs Carlos Luis Munoz Newman, Edwin Arnaldo Marca Rocano, Jorge Ignacio Luna Zuniga, Jose Luis Martinez, and Milton Danilo Sanchez Guachun (collectively, the "Plaintiffs") in the above-referenced action.

Pursuant to the directives contained in Your Honor's Individual Motion Practice Rules, the following letter respectfully serves to provide the Court with a status update in the above-referenced matter.

The parties are continuing to discuss the material terms of a proposed resolution, following a virtual mediation held on May 13, 2024. In light of the foregoing, the parties respectfully request that the Court extend the deadlines in the July 3, 2024 Order [Dckt. No. 50], as follows:

1. The parties respectfully request until, to, through and including, August 2, 2024, to file either: (a) an offer of judgment, pursuant to Federal Rule of Civil Procedure ("Fed.R.Civ.P."), or (b) a Stipulation of Voluntary Dismissal pursuant to Fed.R.Civ.P. 41(a)(1)(A).

The instant letter further respectfully serves to advise the Court that the parties do not wish to consent to conducting all further proceedings before the assigned Magistrate Judge.

Thank you in advance, for your attention to the foregoing.

Application granted in part.  Plaintiffs' request for an extension of the deadlines set forth in the Court's July 3, 2024 order, Dkt. No. 51, is granted.  The deadlines set forth in the July 3 order are extended to August 2, 2024.  The Court declines to endorse the two specific options offered by the parties.  As the parties are likely aware, a stipulation of voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A) cannot dismiss claims arising under the Fair Labor Standards Act in this circuit.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 51.

Respectfully submitted,

LEVIN-EPSTEIN & ASSOCIATES, P.C.

By: */s/ Jason Mizrahi*
    Jason Mizrahi, Esq.
    60 East 42nd Street, Suite 4700
    New York, New York 10165
    Tel. No.:  (212) 792-0048
    Email: Jason@levinepstein.com
    *Attorneys for Plaintiffs*

SO ORDERED.

Dated: July 16, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

VIA ECF: All Counsel

1