**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
----------------------------------------------------------------X

Jorge Ignacio Luna Zuniga, Milton Danilo Sanchez Gauchun, Carlos Luis Munoz Newman, Jose Luis Martinez, and Edwin Arnaldo Marca Rocano, *on behalf of himself and others similarly situated in the proposed FLSA Collective Action,*

> Case No.: 23-cv-01923

> **PROPOSED JUDGMENT**

*Plaintiffs*,

- *against* –

William James Bushell Corp., Nicholas Benhammou, and James Bushell (a/k/a William Bushell),

*Defendants*.
----------------------------------------------------------------X

      On August 2, 2024, Plaintiffs Jorge Ignacio Luna Zuniga, Milton Danilo Sanchez Gauchun, Carlos Luis Munoz Newman, Jose Luis Martinez, and Edwin Arnaldo Marca Rocano (the "Plaintiffs") filed a notice of acceptance of offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

      NOW, it is hereby ORDERED, ADJUDGED AND DECREED that the Plaintiff has judgment against Defendants William James Bushell Corp., Nicholas Benhammou, and James Bushell (a/k/a William Bushell), (the "Defendants") in the amount of Seventeen Thousand Five Hundred Dollars and Zero Cents ($17,500.00) which is inclusive of attorneys' fees and costs and any other fees, costs, and/or disbursements.

      This judgment is intended to resolve, in full satisfaction, all of Plaintiffs' claims as alleged or which could have been alleged in the Complaint pertaining to this Action, including any damages Plaintiffs asserted or could have asserted in this Action, including but not limited to, any claims Plaintiffs may have for monetary damages, backpay, front pay, liquidated damages, penalties, and any fees, costs, and/or reasonable attorneys' fees.

The payment amount shall be paid on or before a date within fourteen (14) days of the date of this Judgment.


Dated:  _____, 2024

**SO ORDERED**

_____